**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

| | | |
|---|---|---|
| **CASE NUMBER:** | **CR05-35-01T** | **DATE**: September 9, 2005 |
| **TITLE OF CASE:** | USA v. King L. Chan | |
| **CHIEF JUDGE:** | **ERNEST C. TORRES** | |
| **COURTROOM CLERK:** | **Lucia Cristina Leyva** | |
| **COURT REPORTER:** | **Joseph Fontes** | |
| **COURT INTERPRETER:** | **N/A** | |
| **PROBATION:** | **Dennis Jenkins** | |

---

**COUNSEL PRESENT**

Government: Lee Vilker, AUSA

Defendant: John M. Cicilline, Esq.

---

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant present. Court addresses. No factual objections to the PSI. Court finds that probation has correctly calculated the net offense level and criminal history category. Defendant allocutes. Defense counsel argues its sentencing recommendation. Government responds and argues its sentencing recommendation. Court addresses factors at issue. Counsel responds. Court sentences defendant to 42 months incarceration on each count, to be served concurrently. Three years supervised release as to each count, to be served concurrently. Special conditions: 1. Pay the cost of supervised release. Interest suspended for the term of defendant's incarceration. 2. Participate in and complete a mental health counseling and treatment program, on an inpatient or outpatient basis, as approved by U.S. Probation. Special assessment of $100.00 on each count ($200.00 total). Court recommends to the Bureau of Prisons that the defendant be assigned to a facility that can offer mental health counseling and treatment.