**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR. No.: 05-35T**

**KING CHAN**

**NOTICE APPEAL**

Now comes the Defendant in the above entitled cause and hereby appeals his judgment of conviction which entered on September 9th, 2005

Respectfully submitted
King Chan
By his Attorney,

[signature]

John M. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02909
401-273-5600
401-454-5600

**CERTIFICATION**

I, the undersigned hereby certify to be delivered a true copy of the within Notice of Appeal on this 16th day of September 2005, to Lee H. Vilker, U.S. Attorney, U.S. Attorneys Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

[signature]