UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

September 20, 2005

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *CR05-35 USA v. King Chan*

Dear Clerk:

Enclosed you will find the Notice of Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
DEPUTY CLERK

encl.: Appeal Cover Sheet; Notice of Appeal; Cert. Copy of the Docket

JC
05-2427