CR 05-35T

Rule 41(e) 9-28-05

Motion for Return of Personal Property

Please order the government to return my family's personal property and my personal journals (sentimental value) I've kept a journal since I was 10 yrs old.

Family property: DVD movies, Books, Computer for school, My Uncle' King Chay Chan's, firearm so he may sell it, Parents' notebooks and papers. And other property I am unaware of.

Thank You,

Sincerely
King Chan
# 05571070

DISTRICT OF RHODE ISLAND
DISTRICT COURT

2005 OCT -3 A 11: 13

FILED