**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **1:05CR00035-01T**

**KING CHAN**

## MOTION FOR APPOINTMENT OF COUNSEL

Now comes the defendant in the above-entitled cause and moves that counsel be appointed to perfect and complete his appeal.

Respectfully submitted,
King Chan,
By his attorney,

John M. Cicilline, Esquire #3350
387 Atwells Avenue
Providence, RI 02903
Tel 401 273-5600
Fax 401 454-5600

## CERTIFICATION

I, the undersigned, hereby certify that I caused to deliver a true copy of the within to Lee H. Vilker, A.U.S.A, to the US Attorney's Office, 50 Kennedy Plaza, 6th Floor, Providence, RI 02903 on this the 13th day of October, 2005.