**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **1:05CR00035-01T**

**KING CHAN**

**MOTION TO PROCEED IN FORMA PAUPERIS**

Now comes the defendant King Chan, in the above-entitled cause and moves to proceed in forma pauperis. The defendant will file the financial affidavit within ten days.

Respectfully submitted,
King Chan,
By his attorney,

John M. Cicilline, Esquire
387 Atwells Avenue
Providence, RI 02903
Tel 401 273-5600
Fax 401 454-5600

**CERTIFICATION**

I, the undersign hereby certify that I cause to deliver a true copy of the within to Lee H. Vilker, A.U.S.A, to the US Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this the 13TH day of October, 2005.