**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **1:05CR00035-01T**

**KING CHAN**

## MOTION TO WITHDRAW

Now comes John M. Cicilline in the above-entitled cause and moves to withdraw as counsel for the appellant and for reason says that the appellant has applied to the court for the appointment of counsel.

Respectfully submitted
King Chan
By his attorney,

John M. Cicilline, Esquire #3350
387 Atwells Avenue
Providence, RI 02903
Tel 401 273-5600
Fax 401 454-5600

## CERTIFICATION

I, the undersigned, hereby certify that I cause to deliver a true copy of the within to Lee H. Vilker, A.U.S.A, to the US Attorney's Office, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on this the 13th day of October, 2005.