10-13-05

Judge Ernest C. Torres,

I am requesting all transcripts for my case. CR-05 35-01T. My lawyer should have already made this request on my behalf or have notified me to do so. I was unaware of any due date and I am asking for an extension of time to file this motion for transcripts. I am unable to pay any court fees and should be covered by the Criminal Justice Act of 1964. I am sorry for any inconvenience,

Sincerely,

[signature]