UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-35-01-T

KING CHAN

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

Defendant's motion to proceed in forma pauperis is denied without prejudice. Defendant was represented by retained counsel at prior proceedings and has failed to present an affidavit of indigency.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 7, 2005