UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                          Cr. No. 05-35-01-T

KING CHAN

## ORDER DENYING MOTION
## FOR APPOINTMENT OF COUNSEL

Defendant's motion for appointment of counsel is denied. Appointment of counsel to represent a defendant in an appeal is made by the Court of Appeals, not the District Court.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: November 7, 2005