UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. Cr. No. 05-35-01-T

KING CHAN

**ORDER DENYING MOTION**
**FOR APPOINTMENT OF COUNSEL**

Defendant's motion for appointment of counsel is denied. Appointment of counsel to represent a defendant in an appeal is made by the Court of Appeals, not the District Court.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: November 7 , 2005