UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff

v. C.R. No. 05-35T

KING L. CHAN,

Defendant

ORDER

The defendant's motion for return of personal property is granted with respect to items other than the firearm or items having evidentiary value that may be relevant to the defendant's appeal of his sentence.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: November 15, 2005