King L. Chan
2856 West Shore Road
Warwick, Rhode Island 02886

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Hon. Ernest C. Torres |
| Appellee | ) | Criminal No. 1:05-M-25M 05-35 |
| v. | ) | SPECIAL APPEARANCE: In propria persona. I plea in bar coram non judice. |
| KING L. CHAN | ) | |
| Defendant-Appellant | ) | |

In propria persona. I plea in bar coram non judice. I am asking the court and the government to give my court appointed attorney, signed consent. Releasing my attorney from his/her first duty to the court. I am now aware that before the claim of representation is taken, A BAR licensed Attorney has an immediate, major conflict of interest, which both he and the courts ignore and do not disclose, even though they both have a legal and moral duty to inform an accused of this conflict:

First duty not to client, counsel must remember that they too, are officers of the court, administrators of justice, oath-bound servants of society; <u>that their first duty is not to their clients, as many suppose, but is to the administration of justice; that their clients success is wholly subordinate;</u> <u>U.S. v. Frank</u>, 53 F.2d 128, 129; <u>U.S. v. Loughlin</u>, 57 F.2d 1080; <u>Pearse v. U.S.</u>, 59 F.2d 518; <u>In re Kelly</u>, 243 F. 696, 705.

In case of conflict between attorney's duty to client and that to court, his duty to the court must prevail. <u>State v. Barto</u>, 232 N.W. 553, 202 Wis. 329.

I am asking the court and the government to eliminate the limitations of my appeal counsel's conduct (representation or assistance). So my attorney may effectively assist me on my appeal, to correct the manifest injustice that has occured in my case.

Criminal defendant is entitled to counsel whose undivided loyalties lie with client. (not government) Spreitzer v. Peters, 114 F.3d 1435 (7th Cir. 1997).

Respectfully submitted this 4th day of November, 2005.

Sincerely,

King Chan
King L. Chan
Defendant-Appellant

cc (w/encl.) : U.S. Attorney Office
Donald Lockhart
Fleet Center
50 Kennedy Plaza
8th Floor
Providence, RI 02903