UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR. NO. 05-35

KING L. CHAN

**ORDER DENYING "PLEA IN BAR CORAM NON JUDICE"**

Defendant's "plea in bar coram non judice" (Document 53) is hereby denied for the following reasons:

1. It lacks merit.
2. Defendant is represented by counsel.
3. There is an appeal pending before the Court of Appeals and this Court has no jurisdiction to hear the motion.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: December 8, 2005