# United States Court of Appeals
## For the First Circuit

No. 05-2427
D.C. No. 05-00035

UNITED STATES

Appellee

v.

KING L. CHAN

Defendant - Appellant

**ORDER OF COURT**
**Entered: December 22, 2005**

Appellant's motion for leave to proceed in forma pauperis and supporting financial affidavit are transmitted to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: George Vretas Date: 12/22/05

[Certified copies: Hon. Ernest C. Torres and David DiMarzio, Clerk of the District Court of Rhode Island]

[cc: John M. Cicilline, Esq., Lee Vilker, AUSA, Donald Lockhart, AUSA, King L. Chan]