UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

October 26, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. KING L. CHAN***
***USDC CR05-35T*** ***COA 05-2427***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: Lucia Cristina Leyva
Lucia Cristina Leyva
DEPUTY CLERK

encl. PSR(SEALED); SOR(SEALED); CERT. COPY OF DOCKET
-REQUESTED AGAIN BY USCA: ORIGINALS MAILED 9/28/05