05-00035
Rhode Island
E. Torres

# United States Court of Appeals
## For the First Circuit

No. 05-2427

UNITED STATES OF AMERICA,

Appellee,

v.

KING L. CHAN,

Defendant, Appellant.

**JUDGMENT**

Entered: December 15, 2006

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Rhode Island.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed. See lst Cir. R. 27.0(c).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Colando
Deputy Clerk

Date: 1.5.07

By the Court:
Richard Cushing Donovan, Clerk

By: Margaret Carter, Chief Deputy Clerk

[cc: Ms. McCarthy, Mr. Vilker, & Mr. Lockhart.]